In the matter of the alleged lunacy of JAMES G. FITZ-
GERALD, of the county of Mercer.

The return of an inquisition in lunacy set aside and a new commis-
sion ordered, after a personal examination of the lunatic.

Motion to set aside inquisition.

*Mr. J. K. Wells,* for the motion.

THE CHANCELLOR.

The return in this case is that Mr. Fitzgerald "is not a
lunatic and of unsound mind so far that he is unfit for the
government of himself and of his property;" that is, though
he is a lunatic and of unsound mind, he is not so to such a
degree as, in the opinion of the jury, to incapacitate him for
the management of himself and his estate. He is the sub-
ject of insane delusions, and, in the opinion of several com-
petent and expert medical witnesses who have had excellent
opportunities to observe him, is so insane as to be unfit to
manage himself or his affairs. Having personally examined
him, I am unwilling to let the inquisition stand. It will be
set aside and a new commission ordered.